EDNA DOREEN TELLER v. MAJOR SALES, INC.

November 27, 1973.  Petition for certification granted.

STATE OF NEW JERSEY v. RICHARD ROBINSON.

February 26, 1974.  Petition for certification denied.

MARCUS J. WAGER, JR. v. BURLINGTON ELEVATORS, INC. v. CARL E. KEES.

March 12, 1974.  Petition for certification denied.

WESTCHESTER FIRE INS. CO. v. CONTINENTAL INS. CO.

March 12, 1974.  Petition for certification granted. (See 126 *N. J. Super.* 29).

STATE OF NEW JERSEY v. ANDREW BRAY.

March 26, 1974.  Petition for certification denied.

TOWN OF WESTFIELD v. MASONIC ASSOC. OF WESTFIELD.

March 26, 1974.  Petition for certification denied.